UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JOHNNY LONG,**

　　Plaintiff,

v.　　　　　　　　　　　　　　　　Case No.  8:04-cv-2047-T-30TBM

**WEATHERFIELD COMMONS, LLC,**

　　Defendant.
_____/

# O R D E R

THIS CAUSE comes before the Court upon the Stipulation for Voluntary Dismissal With Prejudice (Dkt. #25) filed on November 15, 2005.  The Court has reviewed the parties' settlement agreement and hereby approves same.  It is therefore

ORDERED AND ADJUDGED that:

1. The Stipulation for Voluntary Dismissal With Prejudice (Dkt. #25) is GRANTED.
2. All pending motions, if any, are **DENIED** as moot.
3. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on January 5, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record

S:\Odd\2004\04-cv-2047.dismissal.wpd